## MILLS v. MILLS.

LEWIS, J. The petition making no case for injunction, the trial judge did not err in refusing to sanction the same or to grant a temporary injunction thereon.

Judgment affirmed.   All the Justices concurring.

Submitted April 11, — Decided April 27, 1901.

Petition for injunction.   Before Judge Reagan.   Butts superior court.   March 4, 1901.